**Order entered December 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01306-CV

### DIANA BOKTOR AND AMIR BOKTOR, Appellants

### V.

### U.S. BANK TRUST, N.A., ET AL., Appellees

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-15-12174**

## ORDER

Before the Court is appellants' December 10, 2019 motion for an extension of time to file their brief on the merits. By postcard notice dated December 2, 2019, the Court notified the Dallas County District Clerk that the clerk's record was overdue and instructed her to file the record within thirty days. Because appellants have not requested a reporter's record, their brief on the merits will be due thirty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a)(1). Accordingly, we **DENY** appellant's motion as premature.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE